**In the United States District Court for the District of Columbia**

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | )    1:22cr181 |
| | ) |
| **Douglas Farquhar Macrae** | ) |

## Notice of Appearance

PLEASE TAKE NOTICE that Tiffany Wynn, Volunteer Attorney with the Federal Public Defender for the Eastern District of Virginia, hereby notes her appearance on behalf of the defendant in the above-titled case.

Respectfully submitted,

_____/s_____
Tiffany Wynn
Attorney for Defendant
Virginia Bar No. 82832
D.C. Bar No. 1011424
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA   22314
(703)600-0800 (telephone)
(703)600-0880 (facsimile)
tiffany_wynn@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2002, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                              _____/s_____
                                                              Nathaniel Wenstrup
                                                              Attorney for Defendant
                                                              Virginia Bar No. 96324
                                                              Office of the Federal Public Defender
                                                              1650 King Street, Suite 500
                                                              Alexandria, VA   22314
                                                              (703)600-0825 (telephone)
                                                              (703)600-0880 (facsimile)
                                                              nate_wenstrup@fd.org