**In the United States District Court for the District of Columbia**

**United States of America**

v.                                                                         Case No. 1:22cr181
                                                                           The Hon. James E. Boasberg

**Douglas Farquhar Macrae.**

### Unopposed Motion for Temporary Modification of Supervision

Mr. Macrae, through counsel, requests the following temporary modification of his supervision.

For the last four years, Mr. Macrae has attended David's Tent, an inter-denominational ministry operating at the corner of 7th Street and Madison Drive in Washington, D.C..[1]  Prior to his arrest, Mr. Macrae regularly attended the outdoor services with his dog.  Mr. Macrae's current release conditions limit his ability to enter the District of Columbia.  Doc. 12 at 2.

Mr. Macrae requests that the Court grant him a modification of his pretrial supervision to attend worship services from 10am-12pm on Sunday, August 21, 2022. Given the need to navigate parking, he requests the Court allow him to be present in Washington, D.C. from 9am to 12:30pm on that date.  Mr. Macrae has made this request to his Probation Officer, who referred him to the Court.

The government, through Assistant U.S. Attorney Ashley Akers, does not oppose this request.

---

[1] *See* https://davidstentdc.org/.

1

Respectfully Submitted,

/s/ Nathaniel Wenstrup

Nathaniel Wenstrup
Assistant Federal Defender
Eastern District of Virginia
(703) 600-0825
1650 King St. #500
Alexandria, VA 22314
nate_wenstrup@fd.org