FROM: LTC (Ret) JOHN T. KELLY

TO: Honorable James E. Boasberg

Leave to file GRANTED

_____ 10/13/22
James E. Boasberg         Date
United States District Judge

Subject: Mr Doug MacRae

Dear Judge Boasberg,

I am writing to you on behalf of Mr Doug MacCrae whom I have known for several years as my daughter's landscaper and friend. Doug is extremely reliable and a very hard worker who is always willing to do more. He travels to his various clients with his beloved canine, Reno and it is obvious that they complement each other.

Recently Reno was diagnosed with a sickness and Doug was so distraught, his friends, neighbors and clients sprung to his aid in the form of donations and support as they knew of his loving bond with his best friend. Happily, I can report that Reno underwent surgery and is fully on the road to recovery.

I mention this to indicate Doug's passion for life, dedication to his work and his interaction with our community. Doug is a caring and compassionate individual who bears no evil toward anyone. He takes care of his aging Mother and just wants to scratch out a living here in the Washington area.

I sincerely hope that you consider his work ethic and other attributes in deciding his case. Thank you.


Very respectively

John T. Kelly

LTC US Army (Retired)


Ms Kerryellen Kelly