Honorable James E. Boasberg                                                                                      August 29th, 2022

U.S. District Judge

Dear Judge Boasberg,

   My name is Raymond J. Ballard. I am known by my friends as Joe Ballard and I have known Doug Macrae so long he still calls me "Joey".

   I was born in Owensboro Kentucky and moved to Arlington in 1967 when I was six years old. I currently manage a flooring store called Evans Carpet Corporation in Raleigh North Carolina. I attend Relentless Church in Garner North Carolina. I have been happily married to my wife Deborah for 28 years and we have 3 children, Melody, Lacey and Peter. Melody and Lacey have Master's Degrees and Peter is 21 years old and working on his undergraduate degree at ECU.

I am pretty sure I have known Doug Macrae since 1974. I met him through another friend as most of my friends were from "south Arlington" but Doug was from "north Arlington". I was between 7th and 8th grade and going to Thomas Jefferson Jr. High School in south Arlington.

   Doug and I shared a love of music and particularly playing the drum kit so we hit it off right away. Doug lived with his mother and I know he has an older brother but I don't remember him being around. His mother was, and still is, a single mother and she is still living. I think she just turned 100 years old this year.

   Doug loves animals and I remember he had several dogs and cats. He has always had at least a dog and I know he is very fond of them. He had a dog named "Bingo" for over a decade and Bingo died just a year or so ago. I believe it was right before or after what they are calling the Capitol Insurrection. Doug was devastated. He loved that dog.

   I know Doug to be a very friendly, intelligent, fun-loving man. He is kind and has deep moral convictions that have caused him to wrestle with his conscience for most of his life. He still calls me every so often to talk about his Christian faith and he always seems very concerned about what God thinks of him.

   I don't want to take too much of your time sir. I know Doug very well and I really think he was there more to "people watch" than anything else. Growing up in the D.C area, we would go to the "mall" as they call it on a regular basis. We were there just about every Independence Day and for just about every event you can imagine, especially when we were younger. The No Nukes Festival, John Lennon Memorial, Million Man March, etc, etc… Growing up there it was really not a big deal to go down to the mall and we did quite often.

   I know for sure Doug didn't have any intention of overthrowing the government or harming anyone. I think like the majority of the people there he got caught up in an overblown emotional frenzy brought on by the crazy rhetoric that media and politics incite on a constant basis these days. I don't mean to downplay the fact that he should have stayed outside of the building. I think he knew then and definitely knows now that that is a crime. But I really think that with something like this, where a crowd is concerned, that the intent is much more important than it would be if it were and individual act. They had people there that were being paid to disrupt and incite violence and anarchy Doug definitely wasn't one of them.

   Please feel free to contact me if you have any questions or need more specific information.

Sincerely,

Joe Ballard

1

August 29, 2022

Honorable James E. Boasberg
U.S. District Judge

Dear Judge Boasberg,

We are Patrick and Uzma Barton and have known Mr. Macrae for approximately six years, as neighbors across the street from him. Professionally, we work in the fields of not-for-profit finance and international development. We speak with Mr. Macrae often when we in our yard or taking our toddler for a walk. From our interactions with him, we have observed that Mr. Macrae is hard-working, friendly, charitable to those less fortunate than himself, and kind to animals.

Mr. Macrae runs a lawn care business, and he often works under difficult weather conditions, including summer heat and humidity. He approaches his work eagerly and diligently. Those who know him trust him to maintain high standards, as is evidenced by his continued clients in our immediate neighborhood.

When not working, Mr. Macrae is always eager to strike up a conversation, and never misses the opportunity to say hello to our toddler as we walk by his house.

Mr. Macrae has personally assisted those less fortunate than himself, including helping a homeless person find shelter.

Mr. Macrae also is kind to animals. He has adopted an unwanted dog, and over the years we have observed him taking care of injured and sick dogs.

We were disappointed to learn of Mr. Macrae's offense. That said, we are glad that he is our neighbor and hope that he will remain so for a long time to come.

Sincerely,

Patrick Barton            Uzma Barton

2

09-09-22

Subject: Character Letter

Dear Judge Boasberg,

My name is ION BEBE Chilom and I live in Arlington VA 22201-2524, and I want to tell the Court, that I know Mr. Douglas Macrae for more than 10-years, He is a good man, a hard worker, he also has a good heart helps others who need help. During these years I have known him I did not see him anything wrong with him. and I am not his Relative. I know him As a friend.

thank-you your honor

Mr. ION BEBE Chilom.

*JChilom*

3

**FROM:** Dennis Edelbrock
**RE:** Douglas Macrae, Character
**TO:** The Honorable James E. Boasberg, U.S. District Judge

Dear Judge Boasberg,

    I would like to take a minute and tell you about my experience with Mr. Macrae, which spans some 20 years. He has been a neighbor, friend, employee and church colleague for all of those years. Knowing him as I do, I was surprised to learn he had entered the U.S. Capitol Building on January 6, 2021. I have always known him to be a gentle and law-abiding soul, often humbly taking care of neighbors on his own initiative, often stopping to chat with them on the street.

    He recently came to my house, asked to speak to me in tears, and told me what had happened including the government confiscation of his cell phone which he uses to stay in touch with his lawn-care clients. Since his photo and criminal charges had been made public, he was losing clients.

    Let me elaborate on 3 stories that I fondly recollect to tell you a bit about his personality and life.

1) Mr. Macrae has a mother that turned 100 years a few weeks ago and is not expected to live but a few more days at this point. He has faithfully cared for her by himself (he is an only child) as her dementia has deteriorated over the last dozen years. Taking care of anyone with serious and often violent dementia, like she has, is difficult in and of itself. Doing it without significant outside help can cause a grinding fatigue.
2) Trudy Brown, a long-time member of our church passed away shortly after HER 100th birthday 2 years ago. As it turns out and as you would suspect, Mr. Macrae knew her as well since we have all attended the same church, Clarendon Methodist Church, for decades. Ms. Brown was a neighbor in Clarendon, and was a wonderful friend to Mr. Macrae as his own mother spiraled into the darkness of dementia, getting at times, violent and abusive with him. He has supported Ms. Brown making numerous repairs, *gratis*, on her home which was much appreciated as she is a long-time widow. So, in short, he attended to her for years!
3) Mr. Macrae has "adopted" homeless men in the Clarendon area who are "down on their luck". One example I know about in great detail, was a childhood friend of his, who ended up with a drug dependency, divorced by his wife, losing his job and a whole host of other personal problems. Mr. Macrae "took him in" and I got to know him as Mr. Macrae recommended him to do some household repair work for me.

    So, now that I have told you about my personal experience with Mr. Macrae, whom I consider a friend, it is my fervent plea that the Court would sentence him tempering justice with mercy, kindness and not at the least, wisdom. This is the only crime that he has committed, that I know of, and he has already paid a severe price losing so much of his lawn-care business. Together, several of us neighbors have tried to help find him a bit of work to keep him busy and afloat financially. We consider him an asset to our community!

Kindest regards,
*Dennis Edelbrock*
Dennis Edelbrock
The U.S. Army, (ret Sergeant Major-35 years service) Legion of Merit Recipient

4

12 August 2022

TO: Doug Macrae, his Lawyer, the Court, Judge presiding over this case and to whom it may concern.

FROM: Paul Endes, ███████████ Corpus Christi, TX 78418, cell: ███████████ (central standard time).

SUBJECT: Doug Macrae a.k.a. Organic Lawn Care, character, support and relationship to our ministry.

1. I am writing this letter in response to an email that I received from Evangelist Luke Falia (founder of Children's Orphan Christian Ministry, God's Promise Church). Of this ministry, I have been the Director since 2015, which has been brought forward from a calling, to almost completely self sustaining.

   While this is a Christian ministry, we have had donors that are Christian, Muslim, Hindu, agnostic, fallen away from the faith (and thankfully returned) and atheist, yes I said atheist, because they all believe in what we were doing for others, and felt it an honor to be a part of this great calling.

2. Doug Macrae has been a regular donor to this organization for a few years now, and has done so out of his love for God and those that are doing His work. While I have never personally met Doug in person, I have had conversations with him online, texts, through emails, and I believe a phone call once or twice, and his character has been consistent, his love for God, Jesus Christ, His Word, this ministry, the children under Luke and Shipra's care, moving this ministry forward, and bringing the gospel to lost souls everywhere.

   Doug is a humble man who does not like to be showy, brag about what he has done, take any credit, shows true concern for the well being of others, wishes no harm upon anyone or harbor any ill feelings, he is a true believer in "Do unto others as you would have them do unto you and forgive and forget". Our life here on earth is too short compared to an eternity with Jesus Christ, so why make life miserable. Doug has consistently shown that he desires to follow in the footsteps of Christ Jesus.

3. I took on this ministry on a calling from God, but first Luke had to pass the test of time and consistency, and Doug Macrae is no different, he has been consistent, truthful, honest and has a strong sense of integrity towards self and others. I also use the word "Honest" as per the definition in Merriam-Webster Dictionary, "free from fraud or deception".

   If more people in this world were as Doug, many of the problems plaguing this earth would be no more, and it would be a better place to live. I find it sad that a man that has done no harm is

being put in a position to have to defend himself from baseless claims of corruption, violence and the participation of trying to overthrow the Government of the United States. The United States is still the land of opportunity and a great place to live, and whether we agree on the subject or not, also ordained by God Himself to be a light and strength to other nations, we free the oppressed, comfort the ill and poor, and set them up to be successful and stand on their own two feet. I know that Doug also feels the same way about this country and would not do anything to jeopardize the mission or success of the greatest country in the history of the world, the United States of America.

4. As always, I would not have done my job if I did not offer an invitation to accept Jesus Christ into their lives, for only He can truly save. The Church, money, just doing good, people or possessions do not save, only through the acceptance of Jesus Christ. All it takes is believing and a good honest talk with God saying that you believe and accept His son Jesus as your savior. It's free and just that simple.

5. If there are any questions, I can be reached at the cell number listed above, and don't worry about the time difference, just call. Jesus still saves !

*[signature]*

Paul P. Endes

Director COCM,

A&P, retired military.

6

08-15-2022

From

Serap Enginar



Dear Judge Emanuel Boasberg,

My purpose in writing this letter is to define the character of Douglas Macrae.

I have known him for almost 22 years. Even though we are from different countries

I see Douglas Macrae as my brother. He is very helpful, very kind to people around him, friendly person. Douglas has helped many people all his life, he worked for charity many times. In Arlington lots of locals know him and any body asks them I am sure they will tell very good things about him.

Douglas Macrae has a 100 years old mother. He is a loyal and sincere son. Also he takes care of his mother's blind dog Duncan and another dog Reno. Reno had cancer and Douglas Macrae did take care him now Reno is cancer free. If Douglas had not five them a Home Reno and Duncan would not be able to live today.

It is not enough to express how a good person, honest and good citizen he is by Letter.

   Please Your Honor, give Mr.Douglas Macrae a chance. Please do not separate him from us , his friends and lovely dogs.

Thank You

Sincerely

Serap Enginar

FROM,

Zulkuf Gezgic



08/22/2022

To,

The Honourable Judge,

James E. Boasberg

Dear Judge James E. Boasberg,

My name is Zulkuf Gezgic. I am writing to support Mr. Doug Macrae who has been charged before your court sir. I had run business at Arlington almost 25 years and I know Mr. Doug Macrae more than 20 years.

I consider him to be one of the most responsible, honest, hardworker person I have ever met.

Because of my job as a restaurant owner, I know all kinds of people. Doug Macrae is more than a regular customer to me. He likes to give back to our community with his way. He helps Homeless brothers, helps elderly people, He is a good citizen.

Mr. Macrae is a worthy human being of our community. I would request you to look in to his case once again before finalizing on your verdict Sir.

I can vouch for the right character of Doug Macrae.

Thank You

Sincerely,

Zulkuf Gezgic

8

September 1, 2022

Honorable James E. Boasberg,

U.S. District Judge

Dear Judge Boasberg,

My name is Ian Macrae. I am Doug's older half-brother. I am a retired housepainter and writer living Salem, Oregon. At 70, I am ten years older than Doug

I'd like to begin by mentioning some of Doug's positive traits.

- He is a very hard and conscientious worker. His lawn care business flourishes because he really does his best to make his customers' lawns look good. He works so hard he sometimes injures himself.

- He is a caring neighbor and loyal to a fault. He goes out of his way to be helpful to neighbors who face some kind of difficulty. He takes a suicidal woman to the movies. He shovels snow for an elderly woman. He does free yard work for another. He will take time out to visit down and out friends and meet their needs. His care extends to immigrants and non-white people as well people of his own race.

- He is intelligent and has a variety of hobbies and talents. He listens to good music and plays the drums very well. He reads widely. He is a decent photographer. He has made some money by being alert to financial opportunities and has the potential to be a successful entrepreneur.

- He converted to the Christian faith a few years ago and is now a regular church goer. I believe his interest in the faith is genuine and that he tries to put it into practice on a daily basis.

- Doug is a patriot who genuinely loves his country.

I'll refrain here from directly mentioning Doug's foibles and frailties. However, I will mention this fact: Ours was not a happy family. Both parents drank often and to excess. Doug's mother Delle was a white supremacist and proud of it. She had a mean temper when she was drunk. She also had a way of zeroing in on one's faults with malicious glee. Her son was subject to emotional abuse from her not only during his childhood but for decades afterward. Due in part to the breakup of his family, Doug also suffered serious neglect and abandonment, with serious consequences for his emotional development. I suspect that he may have bipolar disorder. I can explain this in more detail if the court so desires.

9

In short, my brother is a wounded human being who has long needed help but has been *unable* -- I use that word deliberately -- to allow himself to receive that help. As noted above, he is also a patriot and religious believer, but has been vulnerable to exploitation by unscrupulous actors. Therefore I will venture to suggest that the court might require him to engage in certain tasks and practices:

- Enter into long-term counseling with a qualified professional therapist or pastoral counselor.

- Attend appropriate 12 Step recovery groups such as Marijuana Addicts Anonymous, Codependents Anonymous, and Adult Children of Alcoholics, and/or attend similar programs or classes offered by local churches.

- Enroll in classes in critical thinking and media literacy, so that he can learn to recognize disinformation and ideologically driven content in the media.

- Enroll in social services that he clearly needs such as Medicaid, and select a medical clinic and primary care physician to obtain medical care.

Doug is a strong and very intelligent person with some excellent qualities of character. Though he is stubborn -- a family trait -- I believe he is willing to grow and learn. I hope the court will encourage him to get on a path to wholeness, healing and recovery.

Yours truly,

Ian Macrae

███████████████

Salem, Oregon 97301

███████████

Honorable James E. Boasberg
U.S. District Judge

Dear Judge Boasberg,

My name is Simeon Montesa and I am a graphic designer for a nonprofit association. I have known Douglas Macrae since we were in 5th grade and we have been close friends since.

Doug is a very kind, decent, friendly and honorable person. As a friend, I know he will be there for me and he is my brother. He has helped many homeless people. I remember that he gave his shoe to someone who was missing a shoe during one winter morning. He bought a one-way bus ticket to another homeless person and drove him to the bus terminal. He has employed homeless people so that they can earn their meal for that day, even though they did not do a good job.

What happened on January 6 was an unfortunate event, I believe he was taken in by the moment. He didn't go in the Capitol to disrespect it, like some others have. Doug and his mom worked in the Capitol. I remember as a boy visiting the Capitol when his mom had to work on a weekend or showing me where he worked and meeting some of his co-workers/friends. He was proud of working at the Capitol. He loves the Capitol.

I know that entering the Capitol was wrong, and he accept his responsibility and show remorse for his actions. I believe he doesn't deserve time in jail, hoping for a probation. I hope you will be lenient in his case.

Sincerely,
Simeon Montesa

September 18, 2022

Honorable James E. Boasberg,

U.S. District Judge

Dear Judge Boasberg:

My name is Derek Smith and I have lived at ▮▮▮▮▮▮▮▮ in Arlington, Virginia. I have lived in Arlington for twelve years. I have a BS and MS in finance and have worked in financial services for 13 years now.

I am writing to you today to tell you about Doug Macrae. A friend of mine recommended him to me for landscaping and I have been employing him in that capacity for three years now. I also have come to consider him a friend.

Professionally, he has always been extremely capable, respectful, punctual, and forward thinking in terms of helping me upkeep my home. My friend who had referred him also had the same experience with Doug's services. Personally, he always greets me with a big smile, and we exchange waves when we see one another around town.

I believe I am a good judge of character, and I can most assuredly say I believe him to be a kind person who does not have a violent bone in his body that would never knowingly violate the law. My opinion of him remains unchanged despite hearing of his offense.

In summary, I believe Doug to be a hardworking and valuable member of the community and wish the best for him.

Thank you for your consideration, your honor.

Very Respectfully,

*Derek Smith*

Derek R. Smith

▮▮▮▮▮▮▮▮ mobile

12

September 19, 2022


Jackie Steven

Arlington, VA 22201

Honorable James E. Boasberg
U.S. District Judge


Dear Judge Boasberg,

My name is Jackie Steven and I am writing to provide information regarding Mr. Douglas Macrae. I have known Doug for close to 25 years.  My husband and I lived across the street from Doug's mother, in the house Doug currently resides, from 1998 until she moved to a care facility several years ago. Over those years, and especially over the last 15 years, I have gotten to know Doug quite well, and have always found him to be a kind and caring individual, and a good neighbor.

Even before I knew Doug well, I recognized that he was a dutiful son that visited his mom frequently, helping her around the house and with yard work, several times a week. As Mrs. Macrae aged and she needed more help, the frequency of Doug's visits increased. Eventually, he gave up his own place and moved in to his mom's house in order to provide her the care she needed to stay in her home as long as possible. I know it was difficult for him when she required more care than he could provide alone, and had to move her to the assisted living facility. Luckily, he was able to get her in to a facility close by so he can visit as frequently as COVID has allowed.

Personally, I have always found Doug to be a good neighbor.  He is quick to lend a hand, whether its clearing snow or leaves from our neighborhood sidewalks, or loaning his tools and advice to a novice gardener (me), helping clean up after a storm, or keeping an eye on our house when we're away, in my experience, he has always been more than generous with his time, treasures, and talents.

I am aware that Doug did unlawfully enter the US Capital on January 6, 2021 and believe he is sincerely sorry for having done so. I believe he understands that he exercised poor judgement in deciding to go "see what was happening" and take pictures. I do not believe he participated in any of the violence or destruction of property in which others participated.

I hope you will take this information about Mr. Macrae's character in consideration when sentencing. If I can provide any additional information, please don't hesitate to contact me.


Sincerely,

Jackie Steven

13

Honorable James E Boasberg

U.S District Judge

Dear Judge Boasberg:

    I am a neighbor of Douglas Macrae and have known him for more than 50 years. I live alone and Mr. Macrae has been one of my few trusted neighbors that I can call whenever I have a problem that I can't resolve myself. He recently assisted me when I needed to move furniture and other items away from my property. There is no 'I'll let you know when I can do it', it's always an 'I can do it now' answer from him. He will stop what he is doing and complete the work I need done.

    As I have gotten older, I have found myself unable to maintain my property in the way I would like. For the past eight years he has assisted me in taking care of my yard, so that I am able to stay in my home. Mowing my grass and removing other yard debris. This past summer I had a metal shed on my property disassembled, in order to remove it. But before I could call a company to haul everything away, Mr. Macrae offered to remove everything; and he never asked for payment. He just did it. I could not live where I do by myself if I didn't have him to assist me. With fall and winter coming on, I will again rely upon him and his assistance in addressing the various tasks that I can no longer perform. He is always there for me.

    Douglas Macrae is a good, kind man. His mother suffers from Alzheimer's and he cared for her for many years at home, until he had to place her in a facility to assist in her treatment. He tried his hardest to keep her at home because she wanted to remain there. At this time, he visits her whenever the facility will allow. He is a loving and caring son.

    He acknowledges that he committed a crime of Federal trespassing but he meant 'no' harm. He just got 'carried away' by the moment. Any punishment that he receives involving incarceration would have a significant detrimental impact on me. Although I could call a company to perform this work, I know that they would not be as responsive and care for me as Mr. Macrae does. If there is any additional information that I can provide or if you have any questions for me, I would be happy to talk with you or your staff. Thank you for your kind consideration of my statement.

Sincerely,

*Loretta H Terminella*

Loretta H Terminella

Arlington, VA  22201-2310

14

September 6, 2022

To:     The Honorable James E. Boasberg,

        U.S. District Judge

Dear Judge Boasberg,

My name is Brad Thomas and I live at ████████████ Arlington, Virginia. I am a former USMC officer and semi-retired Human Resource executive. We moved to Virginia several years ago to retire near our children.

I am writing to give you perspective about my observations of **Mr. Douglas Macrae**, who will appear before you in October for sentencing. Though my relationship with Doug is limited, I do have observations I believe may be important to your deliberations.

Mr. Macrae lives across the street from us and has been a supportive and courteous neighbor. He has offered his help with receiving shipments to our home, lawn care and generally looking out for us.

When we arrived in Arlington, we were told by neighbors that Doug was a gregarious and valued individual. We found that to be true. He is quick to greet everyone with a warm and friendly demeanor. He is positive in his interactions and shows a genuine interest in his neighbors.

He runs a lawn care business and works hard throughout the heat of the summer without complaint. He is intelligent and often engages in conversation about local history and family news.

Doug does not appear to be a person of significant means yet throughout the winter months I have seen him delivering clothing and food to those in need who frequent our area. I believe he genuinely cares about the less fortunate.

Doug presents himself as happy, caring and supportive to those around him. I have never seen him get angry or disrespectful to anyone.

While I know little more, these attributes have earned my respect and trust as a valued neighbor and positive contributor to our community.

Thank you for your service as a judge during these difficult times.


Best Regards,

*[signature]*

Brad Thomas ████████